THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONNA J. CRAINE                                                                                                    PLAINTIFF

VS.                                             CIVIL ACTION NO. 3:16-cv-00069

GENERAL MOTORS, LLC
                                                                                                          DEFENDANT

## AGREED PROTECTIVE ORDER

IT IS ORDERED that General Motors LLC shall designate, in good faith, those documents which it deems to contain trade secrets and confidential research, development and commercial information (hereinafter referred to as "confidential materials") and that any such documents produced by General Motors LLC in this case shall be marked as being produced subject to a Protective Order. Plaintiff shall have the right to contest any such designation made by General Motors LLC.

In addition, the following shall apply to such confidential materials produced in this case:

A.     These confidential materials shall not be reproduced except as necessary to prosecute this cause by Plaintiff.

B.     These confidential materials shall not be available for inspection by anyone, except:

    1.     Plaintiff in this case and her counsel;

    2.     General Motors LLC, its employees and its counsel in this case;

    3.     Experts, consultants and other persons who are assisting counsel for the Plaintiff in the preparation of this matter for trial. Before Plaintiff's counsel allows any such person to view confidential materials, Plaintiff's counsel must first obtain the signature of such person on a copy of this Order. At the conclusion of this case, Plaintiff's counsel must provide General Motors LLC with a list of all persons who signed a copy of this Order, as well as copies of the signed orders; and

        4.    Any judge and/or jury having jurisdiction in this matter.

C.    The substance of any information obtained from these confidential materials shall not be disseminated to anyone not authorized to examine these confidential materials.

D.    Pursuant to Fed.R.Civ.P. 5.2, any confidential document covered by this Protective Order shall be redacted to remove confidential information, if possible, rather than filing the document under seal. Before filing a redacted version of any confidential document covered by this Protective Order, counsel will provide the proposed redacted version of the document to opposing counsel for review and allow 3 full business days to respond as to whether it is acceptable to file the redacted version in lieu of a full version under seal.

E.    To the extent that there is a dispute about the whether a document is confidential, counsel shall confer in good faith *in person* before bringing any discovery dispute to the Court. Any dispute must be handled according to the procedure in the Court's Final Scheduling Order.

F.    Any notes, lists, memoranda, index or compilation prepared or based on any examination of these confidential materials shall be subject to this Protective Order and shall not be disseminated to anyone not authorized to examine these confidential materials.

G.    This Order shall terminate one year after the end of this litigation.

H.    The parties recognize that the competitive value of the information contained in the confidential materials produced by General Motors LLC will continue to be important to General Motors LLC after the expiration of this protective order. Therefore, at the conclusion of this case, all confidential materials shall be returned to General Motors LLC, with the exception of any notes, lists, memoranda, indexes or compilations prepared by counsel which constitute work-product.

SO ORDERED AND ADJUDGED on this the _20th_ day of _July_, 2016.

_____
UNITED STATES DISTRICT JUDGE

APPROVED BY:

*/s/ James W. Harris*
James W. Harris
Law Office of James W. Harris
P. O. Box 185
Blytheville, AR 72316-0185
jwharris1@prodigy.net
*Attorney for Plaintiff*

*/s/ Paul V. Cassisa, Jr.*
Paul V. Cassisa, Jr.
BUTLER SNOW LLP
P.O. Box 1138
Oxford, MS   38655
paul.cassisa@butlersnow.com
*Attorney for*
*General Motors LLC*
31974139v1