# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DONNA J. CRAINE                                                        PLAINTIFF

v.                          No. 3:16-cv-69-DPM

GENERAL MOTORS, LLC                                              DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 April 2017